Opinion issued June 25, 2009

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-09-00460-CV






IN RE JEFFREY BALAWAJDER, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relator, Jeffrey Balawajder, seeks relief
compelling the trial court to rule on several motions. 


We deny the petition for writ of mandamus. 


Per Curiam 


Panel consists of Justices Jennings, Alcala, and Higley. 
1. The underlying case is Jeffrey Balawajder v. Texas Department of Criminal
Justice, Cause No. 28,596 in the 12th Judicial District Court of Grimes County,
Texas, the Hon. Donald Kraemer, presiding.